UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYCE ANTHONY JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHY RUSSEL,<br><br>　　　　　Defendant. | CASE NO. 3:19-CV-05555-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 11, 2019 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Bryce Anthony Jackson, proceeding *pro se*, initiated this civil rights action on June 17, 2019. *See* Dkt. 1. On August 1, 2019, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 8. The Court ordered Plaintiff to correct the deficiencies of the Complaint on or before September 3, 2019. *Id*. The Court warned Plaintiff that failure to file an amended complaint or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Plaintiff has taken no action in this case since filing a

Motion for Leave to Proceed *In Forma Pauperis* on July 19, 2019. *See* Dkt. 7. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide a servable complaint. The Court also recommends all pending motions, including Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 7), be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 11, 2019, as noted in the caption.

Dated this 18th day of September, 2019.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge